**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

RANDY WILLIAMS,                                                                                              PLAINTIFF

v.                                         3:14CV00127-JM-JJV

CRAIGHEAD COUNTY; *et al.*                                                                      DEFENDANTS

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED without prejudice.

Dated this 10th day of July, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1